# UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CANTERA WAY VENTURES, LLC | § | Case No. 18-60529 RBK |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

James E. Studensky, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 619,915.19 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 90,584.81 | |

3) Total gross receipts of $ 710,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 710,500.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 52,983,540.62 | $ 52,983,540.62 | $ 619,915.19 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 90,584.81 | 90,584.81 | 90,584.81 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 15,354.93 | 15,354.93 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 702,776.87 | 702,776.87 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 53,792,257.23 | $ 53,792,257.23 | $ 710,500.00 |

4) This case was originally filed under chapter 11 on 07/24/2018 , and it was converted to chapter 7 on 12/07/2018 . The case was pending for 34 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/17/2021           By:/s/James E. Studensky, Trustee
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Real Property (Schedule A) | 1110-000 | 710,000.00 |
| REAL PROPERTY | 1110-000 | 500.00 |
| **TOTAL GROSS RECEIPTS** | | **$710,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | MONROE CAPITAL MANAGEMENT ADVISORS, | 4110-000 | NA | 52,790,349.73 | 52,790,349.73 | 589,290.65 |
| | WILLIAMSON TAX OFFICE | 4700-000 | NA | 14,570.37 | 14,570.37 | 14,570.37 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | MILAM COUNTY | 4800-000 | NA | 127,917.95 | 127,917.95 | 0.00 |
| 000001 | WILLIAMSON COUNTY | 4800-000 | NA | 50,702.57 | 50,702.57 | 16,054.17 |
| TOTAL SECURED CLAIMS | | | $ NA | $ 52,983,540.62 | $ 52,983,540.62 | $ 619,915.19 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:JAMES STUDENSKY | 2100-000 | NA | 38,775.00 | 38,775.00 | 38,775.00 |
| GEORGETOWN TITLE COMPANY | 2500-000 | NA | 2,302.30 | 2,302.30 | 2,302.30 |
| INDEPENDENCE TITLE COMPANY | 2500-000 | NA | 5,063.74 | 5,063.74 | 5,063.74 |
| STEVE RICHMOND | 2820-000 | NA | 1,518.77 | 1,518.77 | 1,518.77 |
| UNITED STATES TRUSTEE | 2950-000 | NA | 325.00 | 325.00 | 325.00 |
| REALTOR FOR TRUSTEE FEES (REAL ESTATE COMMISSIONS):KELLER WILLIAMS | 3510-000 | NA | 21,600.00 | 21,600.00 | 21,600.00 |
| REALTOR FOR TRUSTEE FEES (REAL ESTATE COMMISSIONS):KELLER WILLIAMS REALTY | 3510-000 | NA | 21,000.00 | 21,000.00 | 21,000.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 90,584.81 | $ 90,584.81 | $ 90,584.81 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006A | STALLERGENES GREER | 5200-000 | NA | 13,186.44 | 13,186.44 | 0.00 |
| 000003 | COMPTROLLER OF PUBLIC ACCOUNTS | 5800-000 | NA | 2,000.00 | 2,000.00 | 0.00 |
| 000004 | STATE OF DELAWARE DIVISION OF CORPO | 5800-000 | NA | 168.49 | 168.49 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 15,354.93 | $ 15,354.93 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | 4400 WEST, LLC | 7100-000 | NA | 697,500.00 | 697,500.00 | 0.00 |
| 000006B | STALLERGENES GREER | 7100-000 | NA | 5,276.87 | 5,276.87 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 702,776.87 | $ 702,776.87 | $ 0.00 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 18-60529 | RBK | Judge: Ronald B. King | Trustee Name: | James E. Studensky, Trustee |
| Case Name: | CANTERA WAY VENTURES, LLC | | | Date Filed (f) or Converted (c): | 12/07/18 (c) |
| | | | | 341(a) Meeting Date: | 02/14/19 |
| For Period Ending: | 09/17/21 | | | Claims Bar Date: | 06/30/20 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY  107, 113, 117, 121 Cantera Way, Georgetown, Texas 78626; Lots 1, 2, 3, and 4, inclusive, of 4400 West LLC Subdivision in Williamson County, Texas per map of record in Doc No. 2011085915, Official Public Records, Williamson County, Texas-These are vacant lots in business park having a net book value of $731,372.00 subject to liens held by Monroe Capital. | 361,179.00 | 0.00 | | 710,500.00 | FA |
| TOTALS (Excluding Unknown Values) | $361,179.00 | $0.00 | | $710,500.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

PREPARTION OF TDR AND REVIEW-09/16/21
REPORTS OF PRIVATE SALE OF LOTS PREPARED AND FILED-07/21/20
NEED TO PREPARE ESTATE INCOME TAX RETURN AND FILE FINAL REPORT TO CLOSE ESTATE-06/30/20
CLOSING ON ALL LOTS COMPLETED AND FUNDS DEPOSITED IN ESTATE ACCOUNT-06/29/20
CLOSING ON CONTRACTS EXTENDED TO JUNE, 2020 BECAUSE OF LENDER ISSUES RELATED TO PANDEMIC-05/10/20
ORDERS APPROVING SALES OF GEORGETOWN LOTS ENTERED-04/14/20
CONTRACT OF SALE ON LOTS 2, 3, & 4 OF CANTERA WAY PARK, GEORGETOWN-03/15/20
CONTRACT OF SALE ON LOT 1 IN CANTERA WAY PARK, GEORGETOWN-03/01/20
MARKETING VACANT LOTS IN GEORGETOWN USING REAL ESTATE AGENT-10/15/19
NEED TO LIQUIDATE LOTS WHICH ARE SUBJECT TO LIEN IN FAVOR OF MONROE CAPITAL-07/30/19
HIRED REAL ESTATE BROKER TO MARKET LOTS-07/15/19
RECEIVED/REVIEW OFFERS FOR PURCHASE OF LOTS-06/18/19

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | |
|---|---|
| Case No: | 18-60529 RBK Judge: Ronald B. King |
| Case Name: | CANTERA WAY VENTURES, LLC |

| | |
|---|---|
| Trustee Name: | James E. Studensky, Trustee |
| Date Filed (f) or Converted (c): | 12/07/18 (c) |
| 341(a) Meeting Date: | 02/14/19 |
| Claims Bar Date: | 06/30/20 |

REVIEWED LEGAL DOCUMENTS REGARDING LOTS AND INTERNET SEARCH FOR INFORMATION-03/05/19

INSPECTION OF LOTS IN CANTERA BUSINESS PARK-12/15/18

Initial Projected Date of Final Report (TFR): 12/20/20      Current Projected Date of Final Report (TFR): 12/31/20

/s/   James E. Studensky, Trustee

_____  Date: 09/17/21

JAMES E. STUDENSKY, TRUSTEE

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 18-60529 -RBK | Trustee Name: | James E. Studensky, Trustee |
| Case Name: | CANTERA WAY VENTURES, LLC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0172 Checking Account |
| Taxpayer ID No: | *******7815 | | |
| For Period Ending: | 09/17/21 | Blanket Bond (per case limit): | $ 120,905,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/30/20 | 1 | BRAD AND KATHERINE SCHAFER 1611 S MAIN ST. GEORGETOWN, TEXAS 78626 | EARNEST MONEY DEPOSIT | 1110-000 | 500.00 | | 500.00 |
| 06/23/20 | 1 | GEORGETOWN TITLE COMPANY 702 ROCK STREET GEORGETOWN, TEXAS 78826 (WIRE IN) | SALE OF REAL PROPERTY | | 320,008.56 | | 320,508.56 |
| | | GEORGETOWN TITLE COMPANY | Memo Amount: 360,000.00 SALE OF REAL PROPERTY | 1110-000 | | | |
| | | KELLER WILLIAMS | Memo Amount: ( 21,600.00 ) REAL ESTATE AGENT FEE | 3510-000 | | | |
| | | WILLIAMSON TAX OFFICE | Memo Amount: ( 14,570.37 ) DELIQUENT PROPERTY TAXES | 4700-000 | | | |
| | | STEVE RICHMOND | Memo Amount: ( 1,518.77 ) PROPERTY TAXES-CURRENT YR PRORATION | 2820-000 | | | |
| | | GEORGETOWN TITLE COMPANY | Memo Amount: ( 2,302.30 ) CLOSING EXPENSES | 2500-000 | | | |
| 07/06/20 | 1 | INDEPENDENCE TITLE COMPANY 5900 SHEPHERD MOUNTAIN COVE BLDG.2, STE 200 AUSTIN, TEXAS 78730 (WIRE DEPOSIT) | SALE OF REAL PROPERTY | | 307,882.09 | | 628,390.65 |
| | | INDEPENDENCE TITLE COMPANY | Memo Amount: 350,000.00 SALE OF REAL PROPERTY | 1110-000 | | | |
| | | KELLER WILLIAMS REALTY | Memo Amount: ( 21,000.00 ) REAL ESTATE AGENT FEE | 3510-000 | | | |
| | | WILLIAMSON COUNTY TAX COLLECTOR | Memo Amount: ( 16,054.17 ) AD VALOREM TAXES PAID PER CT ORDER | 4800-000 | | | |
| | | INDEPENDENCE TITLE COMPANY | Memo Amount: ( 5,063.74 ) CLOSING EXPENSES | 2500-000 | | | |

LFORM2T4

UST Form 101-7-TDR (10/1/2010) (Page: 9)

Ver: 22.03d

FORM 2

Page: 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 18-60529 -RBK | | Trustee Name: | James E. Studensky, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | CANTERA WAY VENTURES, LLC | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0172 Checking Account |
| Taxpayer ID No: | *******7815 | | | |
| For Period Ending: | 09/17/21 | | Blanket Bond (per case limit): | $ 120,905,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/11/20 | 020001 | UNITED STATES TRUSTEE<br>903 SAN JACINTO BLVD., ROOM 230<br>AUSTIN, TX 78701 | CHAPTER 11 QUARTERLY FEES<br>PAYMENT OF CLAIM NO. 8 PURSUANT TO<br>COURT ORDER DATED 09/10/20 [DOC #22] | 2950-000 | | 325.00 | 628,065.65 |
| 09/11/20 | 020002 | JAMES STUDENSKY<br>CHAPTER 7 TRUSTEE<br>3912 WEST WACO DR.<br>WACO, TEXAS 76710 | TRUSTEE COMPENSATION<br>TRUSTEE COMPENSATION PAID PURSUANT<br>TO COURT ORDER DATED 09/10/20 [DOC #22] | 2100-000 | | 38,775.00 | 589,290.65 |
| 09/11/20 | 020003 | BANKRUPTCY ESTATE OF<br>ROCKDALE BLACKHAWK, LLC<br>3912 WEST WACO DR.<br>WACO, TEXAS 76710 | PAYMENT TO SECURED PARTY<br>PURSUANT TO GLOBAL SETTLEMENT<br>ORDER DATED 07/18/19 [DOC #973] FILED IN<br>CASE NO. 18-60526 AND COURT ORDER<br>DATED 09/10/20 [DOC #22] | 4110-000 | | 589,290.65 | 0.00 |

|  |  |  |  |  |  |
| --- | --- | --- | --- | --- | --- |
| | | Account *******0172 | Balance Forward | 0.00 | | | |
| | | 3 Deposits | 628,390.65 | 3 Checks | 628,390.65 |
| | | 0 Interest Postings | 0.00 | 0 Adjustments Out | 0.00 |
| Memo Allocation Receipts: | 710,000.00 | | | 0 Transfers Out | 0.00 |
| Memo Allocation Disbursements: | 82,109.35 | Subtotal | $ 628,390.65 | | |
| | | | | Total | $ 628,390.65 |
| Memo Allocation Net: | 627,890.65 | 0 Adjustments In | 0.00 | | |
| | | 0 Transfers In | 0.00 | | |
| | | Total | $ 628,390.65 | | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 18-60529 -RBK | Trustee Name: | James E. Studensky, Trustee |
| --- | --- | --- | --- |
| Case Name: | CANTERA WAY VENTURES, LLC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0172 Checking Account |
| Taxpayer ID No: | *******7815 | | |
| For Period Ending: | 09/17/21 | Blanket Bond (per case limit): | $ 120,905,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

JAMES E. STUDENSKY, TRUSTEE

Trustee's Signature: /s/ James E. Studensky, Trustee Date: 09/17/21
JAMES E. STUDENSKY, TRUSTEE